UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19CR3350-W |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| BARBARA L. ROSS, | |
| Defendant. | |

Good cause having been shown, the Court grants Defendant's Motion for Early Termination of Supervised Release.

**SO ORDERED.**

DATED: 2/7/23

HONORABLE THOMAS J. WHELAN
United States District Judge